

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00423-CV

**THE LUNARIA HERITAGE TRUST** and Scott Hepford,
Appellants

v.

Bert "Terry" **DUNKEN** Jr. and MCI Partners, LLC
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-02253
Honorable Janet P. Littlejohn, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the joint motion to dismiss is GRANTED and this appeal is DISMISSED.

We ORDER that appellees, Bert "Terry" Dunken Jr. and MCI Partners, LLC, recover their costs of this appeal, if any, from appellants, The Lunaria Heritage Trust and Scott Hepford.

SIGNED February 26, 2014.

_____
Marialyn Barnard, Justice